IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Semaj Randolph, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | **SUGGESTION OF DEATH** |
| | ) | |
| v. | ) | Civil Action No. 5:12-3087-JMC |
| | ) | |
| Harold Thad Turner, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to FRCP 25, this Suggestion of Death is being filed upon the record.  Upon information and belief, plaintiff Semaj Randolph, died on August 4, 2014, and no person has yet been appointed as Personal Representative of the Estate of Semaj Randolph. Defendants' counsel is informed and believes that plaintiff Lashonda Randolph is the mother, and, therefore, one of the next-of-kin to plaintiff Semaj Randolph. Plaintiff Lashonda Randolph is represented by counsel, and, thus, being served with this filing.  Defendants are unaware of the whereabouts of Semaj Randolph's father, his other next-of-kin.

Respectfully submitted,

August 11, 2014                    NESS & JETT, LLC

                          By:    *s/Norma A. T. Jett*
Bamberg, SC                        Norma A. T. Jett, Fed. Ct. I.D. 5101
                                   Post Office Box 909
                                   Bamberg, SC 29003
                                   (803)245-5178
                                   ATTORNEY FOR DEFENDANTS