IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Lashauna Randolph, as Personal Representative of the Estate of Semaj Randolph, et al, | ) ) ) ) |
| Plaintiffs, | ) **ORDER OF PARTIAL DISMISSAL** ) |
| v. | ) Civil Action No. 5:12-cv-3087-JMC ) |
| Harold Thad Turner, et al, Defendants. | ) ) ) ) |

This matter comes before the Court on the parties Joint Consent Motion for Partial Dismissal, in which the parties agree that the Court should dismiss with prejudice all causes of action against defendants Harold Thad Turner, Keith Scharf, and Wendell Davis. Plaintiff has acknowledged, through her counsel, that this will end these claims with finality, and she has requested dismissal of those claims. The parties have further moved to dismiss the case as to the Orangeburg Department of Public Safety, which the parties agree is merely a department of the City of Orangeburg, and not a separate entity.

THEREFORE, having considered the parties joint motion, the Court hereby dismisses with prejudice all claims against defendants Harold Thad Turner, Keith Scharf, and Wendell Davis, and dismisses the case as to the Orangeburg Department of Public Safety. The City of Orangeburg shall remain as the sole defendant in this action.

AND IT IS SO ORDERED.

Columbia, South Carolina
September 18, 2014

s/J. Michelle Childs
J. Michelle Childs
United States District Judge